JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALWINDER SINGH BAJWA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EDUARDO AGUIRRE, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No. 1:06-CV-00617-OWW-LJO<br><br>NOTICE OF DISMISSAL BY PLAINTIFF KALWINDER SINGH BAJWA<br><br>Rule 41(a)(1)<br><br>CIS No.: A 075 193 910 |

PLEASE TAKE NOTICE:

That plaintiff KALWINDER SINGH BAJWA, CIS number A 075 193 910, is hereby dismissed as a plaintiff without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 26, 2006                    /s/ JAMES M. MAKASIAN
                                        JAMES M. MAKASIAN
                                         Attorney for Plaintiffs

1

PDF created with pdfFactory trial version www.pdffactory.com

It is so ordered.

Dated: _August 15, 2006___          _/s/ OLIVER W. WANGER_____
                                     JUDGE OLIVER WAGNER

PDF created with pdfFactory trial version www.pdffactory.com